No. 88–766.   MAYES v. NORTH CAROLINA.   Sup. Ct. N. C. Certiorari denied.

No. 88–767.   RELIFORD v. UNITED STATES.   Ct. Mil. App. Certiorari denied.

No. 88–769.   HARLAN v. COMMITTEE ON PROFESSIONAL ETHICS AND CONDUCT OF THE IOWA STATE BAR ASSN. ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 88–770.   PULITZER PUBLISHING CO. ET AL. v. DUGGAN, JUDGE, CIRCUIT COURT OF MISSOURI, ST. CHARLES COUNTY. Sup. Ct. Mo.   Certiorari denied.

No. 88–771.   SUN-TEK INDUSTRIES, INC. v. KENNEDY SKY-LITES, INC., ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 88–779.   GARNER v. PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 88–780.   CIMO ET AL. v. PETTY ET AL.   C. A. 5th Cir. Certiorari denied.

No. 88–781.   MUNCIE POWER PRODUCTS, INC. v. CHURNOCK. C. A. 3d Cir.   Certiorari denied.

No. 88–783.   VANDERCREEK v. FLORIDA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.

No. 88–784.   BRISTOW v. LIFE & CASUALTY INSURANCE COMPANY OF TENNESSEE.   Sup. Ct. Miss.   Certiorari denied.

No. 88–787.   RAJARAM v. INTERNATIONAL TYPOGRAPHICAL UNION ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88–789.   RAILROAD COMMISSION OF TEXAS ET AL. v. MISSOURI PACIFIC RAILROAD ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 88–794.   BRUEGGING v. WILSON, ARCHIVIST OF NATIONAL ARCHIVES, ET AL.   C. A. D. C. Cir.   Certiorari denied.